*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided September 18, 1996

STATE OF CONNECTICUT *v.* MICHAEL MARSALA

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 1 (AC 14094), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*C. Robert Satti, Jr.,* senior assistant state's attorney, in opposition.

Decided September 18, 1996

CITY OF STAMFORD ET AL. *v.* FREEDOM OF
INFORMATION COMMISSION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 42 Conn. App. 39 (AC 15139), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the plaintiff city of Stamford failed to establish that the McGuigan report was not exempt from disclosure under either General Statutes § 1-19 (b) (4) or § 1-19 (b) (1)?"

The Supreme Court docket number is SC 15531.

*Kenneth B. Povodator,* assistant corporation counsel, in support of the petition.

*Victor R. Perpetua,* in opposition.

Decided September 18, 1996